IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.                                          CIVIL ACTION NO.: CV510-056

K. EDENFIELD, Warden, and
THURBERT E. BAKER, Attorney
General, State of Georgia,

    Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Franklin Williams ("Williams") filed Objections. Williams contends that the assertions he set forth in his petition were to serve as examples of his actual innocence and that his conviction is a miscarriage of justice. Williams' contention overlooks the fact that, even though he wishes to characterize his claims as "actual innocence" and "miscarriage of justice", the claims he sets forth in his petition have not changed from his previously-filed petitions. Williams also asserts that there is no record of a previously-filed petition being dismissed with prejudice so as to bar this petition as successive. Despite Williams' assertion, his petition in Case Number CV507-101 was, in fact, dismissed with prejudice. (CV507-101, Doc. Nos. 21, 25).

Williams' Objections are **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Williams' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of April, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA